EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Carlos L. Archevald Mantilla | 2021 TSPR 118<br><br>207 DPR _____ |

Número del Caso: TS-10,467

Fecha: 6 de agosto de 2021

Abogado de la parte peticionaria:

   Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>Carlos L. Archevald Mantilla | TS-10,467 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de agosto de 2021.

Examinada la *Moción Informativa sobre Cumplimiento de Orden y Segunda Solicitud de Reinstalación* presentada por el Sr. Carlos L. Archevald Mantilla, se provee **Ha Lugar** a la misma. En consecuencia, **se autoriza** la reinstalación del peticionario al ejercicio de la abogacía y de la notaría. Se advierte que la reinstalación a la notaría está condicionada a que el letrado acredite la adquisición de una fianza notarial buena y válida.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina